UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __18-31734__ |
| JEANETTE TORRES, | Chapter: __7__ |
| Debtor. | Judge: __KCF__ |

### NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____January 8, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 355 Thomas St., Perth Amboy, NJ 08861 ($223,069.00)

Liens on property:  Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165 ($224,114.00)

City of Perth Amboy, Office of Housing, One Olive St., Perth Amboy, NJ 08861 ($23,845.00)

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name:  Bunce D. Atkinson, Esq.
Address:  PO Box 8415, Red Bank, NJ 07701
Telephone No.: 732-530-5300

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 18-31734-KCF
Jeanette Torres                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Dec 06, 2018
                              Form ID: pdf905          Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
```
db           +Jeanette Torres,    355 Thomas Street,    Perth Amboy, NJ 08861-2020
517848029    +Aargon Agency,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
517848028    +Aargon Agency,    Attn: Bankruptcy Department,    8668 Spring Mountain Rd,
               Las Vegas, NV 89117-4132
517848054   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
               El Paso, TX 79998)
517848055    +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517848056    +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517848057    +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
517848059    +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517848058    +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517848060    +City of Perth Amboy,    Office of Housing,    One Olive Street,    Perth Amboy, NJ 08861-4517
517848066     Conduent/Bk America,    C/o Acs,    Utica, NY 13501
517848065    +Conduent/Bk America,    Attn: Claims Department,    Po Box 7051,    Utica, NY 13504-7051
517848067    +Convergent Outsourcing , Inc.,    800 SW 39th St.,    PO Box 9004,    Renton, WA 98057-9004
517848072    +Debt Recovery Solution,    6800 Jericho Turnpike,    Syosset, NY 11791-4401
517848071    +Debt Recovery Solution,    Attn: Bankruptcy,    Po Box 9003,    Syosset, NY 11791-9003
517848077    +Edison Metutchen Orthopaedic Group PA,    10 Parsonage Road,    Suite 500,
               Edison, NJ 08837-2475
517848078    +Eos Cca,    Attn: Bankruptcy,    Po Box 329,    Norwell, MA 02061-0329
517848079    +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
517848080     Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517848081    +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517848087    +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517848086    +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
517848082    +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517848093     Hackensack Meridian Health,    PO BOX 650292,    Dallas, TX 75265-0292
517848094    +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517848095    +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517848104    +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517848105    +Mr. Cooper,    350 Highland Dr,    Lewisville, TX 75067-4177
517848112    +Quest Diagnositcs,    PO Box 7308,    Hollister, MO 65673-7308
517848114    +Robert Wood Johnson Hospital Rahway,    865 Stone Street,    Rahway, NJ 07065-2742
517848115    +Robert Wood Johnson University Hospital,    P.O. Box 903,    Oceanport, NJ 07757-0903
517848116    +Rutgers Health,    PO Box 829650,    Philadelphia, PA 19182-0001
517848117     Santhosh Cheela MD,    Suite 208,    200 Perrine Road,    Old Bridge, NJ 08857-2836
517848122    +Target,    Po Box 673,    Minneapolis, MN 55440-0673
517848121    +Target,    Attn: Bankruptcy Dept Target Card Servic,    Po Box 9475,    Minneapolis, MN 55440-9475
517848123     TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
517848124    +Transword Systems, Inc.,    One Huntington Quadrangle,    Suite 2S01,    Melville, NY 11747-4438
517848128    +US Deptartment of Education/Great Lakes,    2401 International Lane,    Madison, WI 53704-3121
517848129    +US Deptartment of Education/Great Lakes,    Po Box 7860,    Madison, WI 53707-7860
517848126    +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
               Madison, WI 53707-7860
517848125     University Radiology Group,    P.O. Box 1075,    East Brunswick, NJ 08816-1075
517848132    +Wells Fargo Home Mortgage,    Attn: Bankruptcy,    Po Box 10335,    Des Moines, IA 50306-0335
517848133    +Wells Fargo Home Mortgage,    1 Home Campus # X230203m,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2018 00:36:54      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2018 00:36:52      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517848043     E-mail/Text: ebn@americollect.com Dec 07 2018 00:37:05      Americollect,    Po Box 1566,
               Manitowoc, WI 54221
517848032     E-mail/Text: ebn@americollect.com Dec 07 2018 00:37:05      Americollect,    Po Box 1566,
               1851 South Alverno Road,    Manitowoc, WI 54221
517848030    +E-mail/Text: American@AABinfo.net Dec 07 2018 00:36:15      American Adjustment Bureau, Inc.,
               Attn: Bankruptcy,    Po Box 2758,    Waterbury, CT 06723-2758
517848031    +E-mail/Text: American@AABinfo.net Dec 07 2018 00:36:15      American Adjustment Bureau, Inc.,
               73 Field St,    Waterbury, CT 06702-1906
517848061    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2018 00:36:36
               Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
               Columbus, OH 43218-2125
517848062    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2018 00:36:36
               Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
517848064    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2018 00:36:36      Comenitybank/New York,
               Po Box 182789,    Columbus, OH 43218-2789
517848063    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2018 00:36:36      Comenitybank/New York,
               Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517848069    +E-mail/Text: bankruptcy@sccompanies.com Dec 07 2018 00:38:06      Country Door/Swiss Colony,
               Attn:Bankruptcy,    Po Box 2830,    Monroe, WI 53566-8030
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Dec 06, 2018
                              Form ID: pdf905          Total Noticed: 76


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517848070        +E-mail/Text: bankruptcy@sccompanies.com Dec 07 2018 00:38:06     Country Door/Swiss Colony,
                 1112 7th Ave,    Monroe, WI 53566-1364
517848074         E-mail/Text: mrdiscen@discover.com Dec 07 2018 00:35:39       Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
517848073        +E-mail/Text: mrdiscen@discover.com Dec 07 2018 00:35:39       Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517848075        +E-mail/Text: bankruptcynotices@dcicollect.com Dec 07 2018 00:37:33
                 Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                 Jacksonville, FL 32255-1268
517848076        +E-mail/Text: bankruptcynotices@dcicollect.com Dec 07 2018 00:37:33
                 Diversified Consultants, Inc.,    10550 Deerwood Park Blvd,    Jacksonville, FL 32256-2805
517848091        +E-mail/Text: bnc-bluestem@quantum3group.com Dec 07 2018 00:37:38      Fingerhut,
                 Bankruptcy Dept,    6250 Ridgewood Rd,     Saint Cloud, MN 56303-0820
517848092        +E-mail/Text: bnc-bluestem@quantum3group.com Dec 07 2018 00:37:38      Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517848099         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 07 2018 00:37:12      Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
517848096        +E-mail/Text: collections@jeffersonassociates.com Dec 07 2018 00:37:02      Jefferson Associates,
                 3 Coral St,    Edison, NJ 08837-3242
517848098         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 07 2018 00:37:13      Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
517848100        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2018 00:50:55
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
517848101        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2018 00:49:57
                 LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
517848103        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2018 00:36:51      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517848102        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2018 00:36:51      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517848109        +E-mail/PDF: pa_dc_claims@navient.com Dec 07 2018 00:50:19      Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
517848111        +E-mail/PDF: pa_dc_claims@navient.com Dec 07 2018 00:49:50      Navient,   11100 Usa Pkwy,
                 Fishers, IN 46037-9203
517848106        +E-mail/PDF: pa_dc_claims@navient.com Dec 07 2018 00:50:49      Navient,   Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
517848118        +E-mail/Text: jennifer.chacon@spservicing.com Dec 07 2018 00:38:04
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
517848119        +E-mail/Text: bankruptcy@sw-credit.com Dec 07 2018 00:36:55      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
517848120        +E-mail/Text: bankruptcy@sw-credit.com Dec 07 2018 00:36:55      Southwest Credit Systems,
                 4120 International Pkwy,    Carrollton, TX 75007-1958
517848131        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 07 2018 00:35:31
                 Verizon,    Po Box 650584,    Dallas, TX 75265-0584
517848130        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 07 2018 00:35:31
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517848034*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect,     Po Box 1566,    1851 South Alverno Road,
                 Manitowoc, WI 54221)
517848035*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect,     Po Box 1566,    1851 South Alverno Road,
                 Manitowoc, WI 54221)
517848036*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect,     Po Box 1566,    1851 South Alverno Road,
                 Manitowoc, WI 54221)
517848037*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect,     Po Box 1566,    1851 South Alverno Road,
                 Manitowoc, WI 54221)
517848038*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect,     Po Box 1566,    1851 South Alverno Road,
                 Manitowoc, WI 54221)
517848039*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect,     Po Box 1566,    1851 South Alverno Road,
                 Manitowoc, WI 54221)
517848040*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect,     Po Box 1566,    1851 South Alverno Road,
                 Manitowoc, WI 54221)
517848041*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect,     Po Box 1566,    1851 South Alverno Road,
                 Manitowoc, WI 54221)
517848042*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect,     Po Box 1566,    1851 South Alverno Road,
                 Manitowoc, WI 54221)
517848044*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: Americollect,     Po Box 1566,    Manitowoc, WI 54221)
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Dec 06, 2018
                              Form ID: pdf905          Total Noticed: 76


          ***** BYPASSED RECIPIENTS (continued) *****
517848045*     ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court: Americollect,    Po Box 1566,    Manitowoc, WI 54221)
517848046*     ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court: Americollect,    Po Box 1566,    Manitowoc, WI 54221)
517848047*     ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court: Americollect,    Po Box 1566,    Manitowoc, WI 54221)
517848048*     ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court: Americollect,    Po Box 1566,    Manitowoc, WI 54221)
517848049*     ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court: Americollect,    Po Box 1566,    Manitowoc, WI 54221)
517848050*     ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court: Americollect,    Po Box 1566,    Manitowoc, WI 54221)
517848051*     ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court: Americollect,    Po Box 1566,    Manitowoc, WI 54221)
517848052*     ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court: Americollect,    Po Box 1566,    Manitowoc, WI 54221)
517848053*     ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court: Americollect,    Po Box 1566,    Manitowoc, WI 54221)
517848033*     ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court: Americollect,    Po Box 1566,    1851 South Alverno Road,
                    Manitowoc, WI 54221)
517848068*     +Convergent Outsourcing , Inc.,    800 SW 39th St.,    PO Box 9004,    Renton, WA 98057-9004
517848088*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517848089*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517848090*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517848083*     +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517848084*     +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517848085*     +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517848097*     +Jefferson Associates,    3 Coral St,   Edison, NJ 08837-3242
517848110*     +Navient,    Po Box 9500,   Wilkes Barre, PA 18773-9500
517848107*     +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
517848108*     +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
517848113*     +Quest Diagnositcs,    PO Box 7308,   Hollister, MO 65673-7308
517848127*     +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
                                                                                             TOTALS: 0, * 33, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
          Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
            maraujo@atkinsondebartolo.org
          Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Justin M Gillman    on behalf of Debtor Jeanette  Torres abgillman@optonline.net,
            r47252@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE2
            kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5
```